**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**OTHO E. PETTIT, JR., et al.**                                          **PLAINTIFFS**

**V.**                                                       **NO. 3:22-CV-94-DMB-RP**

**THE MONTFORT JONES
AND ALLIE BROWN JONES
FOUNDATION, et al.**                                      **DEFENDANTS**

## JUDGMENT

In accordance with the "Opinion and Order" entered this day, this case is **DISMISSED**

**without prejudice**.

**SO ORDERED**, this 2nd day of March, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**